United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN MARIE CHENAULT, | § § § | |
| Plaintiff. | § § | |
| | § | CIVIL ACTION NO. 4:26-CV-969 |
| V. | § § | |
| DENISE COLLINS, *et al.*, | § § | |
| Defendants. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On April 10, 2026, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 35). Judge Bennett filed a Memorandum and Recommendation on July 7, 2026, recommending that Defendants' motions to dismiss be granted; that Plaintiff's claims be dismissed without prejudice; and that all other pending motions be denied as moot. (Dkt. 48). On July 20, 2026, Plaintiff filed her objections. (Dkt. 49).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3). The Court has carefully considered Plaintiff's objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS**

2

Judge Bennett's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.

It is therefore **ORDERED** that:

(1) Judge Bennett's Memorandum and Recommendation (Dkt. 48) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' motions to dismiss (Dkt. 23; Dkt. 24; Dkt. 32; Dkt. 33; Dkt. 34) are **GRANTED**;

(3) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; and

(4) All other pending motions are **DENIED** as moot.

It is so **ORDERED**.

SIGNED at Houston, Texas on August 11, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2